**No. 43916.**—Protest 517910–G of C. J. Mentrup Co., Inc. (New York).

Opinion by KINCHELOE, J.   It appeared that the merchandise is similar to that the subject of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93).   The claim at 90 percent under paragraph 1529 (a) was therefore sustained.

**No. 43917.**—Protests 850912–G, etc., of Allied Stores Corp. et al. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

### BEFORE THE THIRD DIVISION, JUNE 10, 1940

**No. 43918.**—Protests 744830–G, etc., of Dollar Steamship Lines, Inc., Ltd., et al. (Honolulu, etc.).

Opinion by KEEFE, J.   The protests were dismissed without prejudice in conformity with the request of counsel for the plaintiffs.

### BEFORE THE FIRST DIVISION, JUNE 11, 1940

**No. 43919.**—Protests 984939–G, etc., of E. H. Ashley & Co. et al. (Providence, etc.).

Opinion by BROWN, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 43920.**—Protests 792592–G, etc., of Biddle Purchasing Co. et al. (Boston, etc.).

Opinion by BROWN, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 43921.**—Protests 774803–G, etc., of F. W. Berk & Co., Inc., et al. (Galveston, etc.).

Opinion by BROWN, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.